Writ of Mandamus Denied, Opinion issued January 3, 2013



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01640-CV

## IN RE LAKEITH AMIR-SHARIF, Relator

### Original Proceeding from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-09-7655

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Murphy
Opinion by Justice O'Neill

Relator contends the trial court violated a ministerial duty by not properly serving him, not ruling on his motions, and not appointing a competent attorney for him. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

MICHAEL J. O'NEILL
JUSTICE

121640F.P05